UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL EXPRESS CORPORATION,   No. C 03-1889   JL

    Plaintiff,

    v.   **ADMINISTRATIVE CLOSURE**

BROBECK PHLEGER & HARRISON,

    Defendant.
_____/

This case has been stayed for two and a half years due to Defendant's bankruptcy.

The complaint was filed April 25, 2003 and the last action was a case management conference on October 29, 2003. A notice of automatic stay in bankruptcy was filed by Defendant on March 18, 2004.This satisfies the requirements for administrative closure, that is, that the complaint was filed at least three years ago and there has been no action for at least one year, but leaves the case open for any party to make a motion at a future date.

Rather than continue the case, the court hereby issues an order of Administrative Closure.

IT IS SO ORDERED.

Accordingly, the clerk shall close the file.

1 | Date: April 26, 2006

_____
James Larson
Chief Magistrate Judge

United States District Court
For the Northern District of California